

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES EDWARD CORUM,

    Plaintiff,

v.                              Civil Action No. 3:07CV163

M.R. SUKEENA, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on April 19, 2007, the Court conditionally docketed Plaintiff's action. The Court mailed the April 19, 2007 Memorandum Order to the address Plaintiff had provided. On April 27, 2007, the April 19, 2007 Memorandum Order was returned to the Court by the United States Postal Service marked, "RETURN TO SENDER-NO SUCH NUMBER-UNABLE TO FORWARD." Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

Richmond, Virginia
Date: JUN 1 5 2007

                                      /s/_____
                                      Senior United States District Judge